```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

ROBERT ROYSTER,                    :
                                   :
     Plaintiff,                    :
                                   :
     v.                            :     CASE NO. 3:11CV1055(AWT)
                                   :
JOHN DESTAFANO et al.,             :
                                   :
     Defendants.                   :
```

## RULING AND ORDER

Pending before the court are defendants' Motion to Compel (doc. #100) and Motion to Quash (doc. #108) and plaintiff's Motions for Extension of Time (docs. #104, #116, #117). District Judge Alvin W. Thompson referred the motions to the undersigned. (Docs. #103, #107, #110, #120, #121.) After hearing oral argument on October 22, 2013, the court orders as follows:

1. Defendants' Motion to Compel (doc. #100) is granted as follows. On or before **November 5, 2013,** plaintiff shall provide specific, sworn responses to defendants' June 5th Interrogatories Nos. 4, 5, 16, 17 and 18 and June 24th Requests for Production Nos. 1, 2 and 3. With respect to Interrogatory No. 18, plaintiff shall identify the nature and amounts of claimed economic loss — including but not limited to medical bills, lost wages, or loss of earning capacity — and the

categories of claimed non-economic damages, and he shall identify any documents that support each damages claim.

    2. Defendants' Motion to Quash and for Sanctions (doc. #108) is denied as moot.  Plaintiff represents that he will not pursue the deposition.

    3. Plaintiff's Motions for Extension of Time (docs. #104, #117) regarding discovery deadlines are denied as moot.  The parties may not propound further discovery.

    4. Plaintiff's Motion for Extension of Time (doc. #116) is granted in part.  Plaintiff shall file his substantive response to the pending Motion for Summary Judgment on or before **November 10, 2013.**

    SO ORDERED at Hartford, Connecticut this 22nd day of October, 2013.

                                    _____/s/_____
                                      Donna F. Martinez
                                      United States Magistrate Judge